THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Lemon Island Marina, Inc., and E. Legrand
Lowther,        Respondents,
 
 
 

v.

 
 
 
Beaufort County and Beaufort-Jasper Water and Sewer Authority, Defendants, 
 Of Which Beaufort County is,        Appellant.
 
 
 

Appeal From Beaufort County
Thomas Kemmerlin, Special Circuit Court 
 Judge

Memorandum Opinion No. 2004-MO-028
Heard May 12, 2004 - Filed June 7, 2004

AFFIRMED IN PART; REVERSED AND REMANDED IN PART

 
 
 
James S. Gibson, Jr., and Mary Bass Lohr, both of Howell Gibson & Hughes, 
 P.A., of Beaufort, for Appellant.
H. Fred Kuhn, Jr., of Moss, Kuhn & Fleming, P.A., of Beaufort, for Respondents.
 
 
 

 PER CURIAM:  Issue 1: Reversed and remanded pursuant to Rule 
 220(b)(1), SCACR, and the following authorities:  Rule 56(c), SCRCP; Fleming 
 v. Rose, 350 S.C. 488, 567 S.E.2d 857 (2002) (if there is a genuine issue 
 of material fact, summary judgment is not appropriate); Henderson v. Gould, 
 Inc., 288 S.C. 261, 341 S.E.2d 806 (Ct. App. 1986)(same). Issue 2:  Appellant 
 conceded at oral argument that there is no administrative remedy available to 
 Respondents.  Also, Appellants have not met their burden of presenting a sufficient 
 record from which an intelligent review can be conducted. See Burroughs 
 v. Worsham, 352 S.C. 382, 574 S.E.2d 215 (Ct. App. 2002).  The trial judges 
 ruling is affirmed.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.